1  CENTER FOR DISABILITY ACCESS
   Raymond Ballister Jr., Esq., SBN 111282
2  Russell Handy, Esq., SBN 195058
   Dennis Price, Esq., SBN 279082
3  8033 Linda Vista Road, Suite 200
   San Diego, CA 92111
4  (858) 375-7385; (888) 422-5191 fax
   amandas@potterhandy.com
5  Attorneys for Plaintiff ANTONIO FERNANDEZ

6

7                 UNITED STATES DISTRICT COURT
8                 CENTRAL DISTRICT OF CALIFORNIA

9  ANTONIO FERNANDEZ,              ) Case No.: 2:21-CV-01601-SB-AS
                                    )
10         Plaintiff,               ) **NOTICE OF SETTLEMENT AND**
                                    ) **REQUEST TO VACATE ALL**
11     v.                           ) **CURRENTLY SET DATES**
                                    )
12                                  )
   DONG HEON LEE; TAE SOON LEE;     )
13 NEJEM ALDIN AWIL; MARY AWIL;     )
   ANTOUN DURRA; JAMILA DURRA;      )
14 and Does 1-10,                   )
                                    )
15                                  )
           Defendants.              )
16

17     The plaintiff hereby notifies the court that a provisional settlement has been
18 reached in the above-captioned case. The Parties would like to avoid any additional
19 expense while they focus efforts on finalizing the terms of the settlement and reducing it
20 to a writing. The plaintiff, therefore, applies to this Honorable Court to vacate all
21 currently set dates with the expectation that the settlement will be consummated within
22 the coming sixty (60) days, allowing for a Joint Stipulation for Dismissal with prejudice
23 as to all parties to be filed.

24

25 Dated: June 2, 2021                    CENTER FOR DISABILITY ACCESS

26                                        By:   /s/Amanda Seabock
                                                Amanda Seabock
27                                              Attorney for Plaintiff

28