| | |
|---|---|
| CENTER FOR DISABILITY ACCESS<br>Chris Carson, Esq., SBN 280048<br>Dennis Price, Esq., SBN 279082<br>Amanda Seabock, Esq., SBN 289900<br>8033 Linda Vista Road, Suite 200,<br>San Diego, CA 92111<br>(858) 375-7385; (888) 422-5191 fax<br>amandas@potterhandy.com<br>Attorneys for Plaintiff | NEJEM ALDIN AWIL<br>MARY AWIL<br>16914 Blackhawk, ST#15<br>Grannada Hills CA 91344<br>Bar No:213-663-8899<br>Defendants in Pro Per |
| DONG HEON LEE<br>TAE SOON LEE<br>230 E. Newman Ave<br>Arcadia, CA 91906<br>Bar No:213-663-8899<br>Defendants in Pro Per | JAMILA DURRA<br>ANTOUN DURRA<br>18800 Bermuda St,<br>Porter Ranch, CA 91320<br>Bar No:213-663-8899<br>Defendants in Pro Per |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO FERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DONG HEON LEE; TAE SOON LEE; NEJEM ALDIN AWIL; MARY AWIL; ANTOUN DURRA; JAMILA DURRA; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:21-CV-01601-SB-AS<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

### **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs.

1

This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: June 25, 2021  CENTER FOR DISABILITY ACCESS

By: /s/Amanda Seabock
Amanda Seabock
Attorney for Plaintiff

Dated:  DONG HEON LEE

By: _____
Dong Heon Lee
Defendants in Pro Per

Dated:  TAE SOON LEE

By: _____
Tae Soon Lee
Defendants in Pro Per

Dated:  NEJEM ALDIN AWIL

By: _____
Nejem Aldin Awil
Defendants in Pro Per

Dated:  MARY AWIL

By: _____
Mary Awil
Defendants in Pro Per

Dated: June 26, 2021

CENTER FOR DISABILITY ACCESS

By: /s/Amanda Seabock
Amanda Seabock
Attorney for Plaintiff

Dated: June 26, 2021

DONG HEON LEE

By: _____
Dong Heon Lee
Defendants in Pro Per

Dated: June 26, 2021

TAE SOON LEE

By: _____
Tae Soon Lee
Defendants in Pro Per

Dated: June 26, 2021

NEJEM ALDIN AWIL

By: _____
Nejem Aldin Awil
Defendants in Pro Per

Dated: June 26, 2021

MARY AWIL

By: _____
Mary Awil
Defendants in Pro Per

Dated: June 26, 2021

JAMILA DURRA

By: _____
Jamila Durra
Defendants in Pro Per

Dated: June 26, 2021

ANTOUN DURRA

By: _____

Joint Stipulation for Dismissal          Case: 2:21-CV-01601-SB-AS

Dated: June 25, 2021

By: _____
Antoun Durra
Defendants in Pro Per